**E. W. SCARBOROUGH, as Director of State Beverage Department, v. E. S. Kelley.**

7 So. (2nd) 325                                    En Banc
March 27, 1942

J. Turner Butler, and A. H. Rothstein, for petitioner.

Wm. Randall Slaughter, for respondent.

CHAPMAN, J.:

The restraining order entered by the chancellor below on December 31, 1941, in the case at bar was under an erroneous conception of the law. The petition for interlocutory writ of certiorari is granted and said restraining order is hereby quashed under the authority of Scarborough, et al., v. Joe Newsome, 7 So. (2nd) 321, this day filed in this Court.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, and THOMAS, JJ., concur.

ADAMS, J., dissents.